# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**TERENCE GARVEY, individually and on behalf of
classes of similarly situated individuals,**

    **Plaintiff,**

**vs.**                                             **CASE NO.: 1:16-cv-11210**

**FORTEGRA FINANCIAL CORPORATION, et al.,**

    **Defendants.**
_____/

## DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants Palmer Administrative Services, Inc. and Fortegra Financial Corporation ("Defendants"), by counsel, hereby move to enforce the parties' settlement agreement reached April 18, 2017 for the reasons set forth in Defendants' Memorandum in Support being filed contemporaneously herewith.

                                                       Respectfully submitted,

                                                       FORTEGRA FINANCIAL
                                                       CORPORATION and PALMER
                                                       ADMINISTRATIVE SERVICES, INC.

                                                       By Counsel

                                                       /s/ Michael A. Jacobson
                                                       David S. Wayne (ARDC #6238327)
                                                       Michael A. Jacobson (ADRC #6313122)
                                                       Arnstein & Lehr LLP
                                                       161 North Clark Street, Suite 4200
                                                       Chicago, IL 60601
                                                       312-876-7865 (telephone)
                                                       312-876-0288 (facsimile)
                                                       dwayne@arnstein.com
                                                       majacobson@arnstein.com

                                                       - and -

Mitchell N. Roth (*pro hac vice*)
Genevieve C. Bradley (*pro hac vice*)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
703-485-3531 (telephone)
703-485-3525 (facsimile)
mroth@rothjackson.com
gbradley@rothjackson.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2017, the foregoing document was filed via ECF and sent via electronic mail, to:

    Michael J. McMorrow
    MCMORROW LAW, P.C.
    One North LaSalle Street, 44th Floor
    Chicago, IL 60602

    and

    Eugene Y. Turin
    McGuire Law, P.C.
    55 West Wacker Drive, 9th Floor
    Chicago, IL 60601

                                          /s/ Michael A. Jacobson